UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: JOAN JOHNSTON
1050 PAIGE COURT
PRATTVILLE, AL 36067

CASE NO: 15-31685-DHW

Soc. Sec. No. XXX-XX-9687
Debtor.

## INCOME WITHHOLDING ORDER

TO: MONTGOMERY CO BD OF EDUCATION
ATTN PAYROLL
P O BOX 176
MONTGOMERY, AL 36101-0176

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that MONTGOMERY CO BD OF EDUCATION withhold from the wages, earnings, or other income of this debtor the sum of **$182.00 MONTHLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE
15-31685-DHW JOAN JOHNSTON
P O BOX 613108
MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Monday, August 10, 2015 .

cc: Debtor
    Debtor's Attorney

*/ s / Dwight H. Williams Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge