**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:                                                    Case No. 15-31685-DHW
                                                          Chapter 13
JOAN JOHNSTON
SSAN: XXX-XX-9687

Debtor(s)

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on Wednesday, June 24, 2015.

2. The debtor(s) §341 Meeting of Creditors was held Thursday, August 6, 2015.

(X) The plan fails to meet the disposable income test. Please review this case and amend the plan to meet the disposable income test as discussed at the 341.

(X) The following creditor was not listed, but they filed their claim as secured  The debtor's plan fails to make provisions for this claim.

Creditor: TITLE MAX OF ALABAMA
Trustee's Claim Number: 43
Account Number: 6634 - 96 EXPLORER - NO PROV
Claim Amount: $881.26
Court Claim Number: 2
Claim Filed As: SECURED VEHICLE DEBT

(X) Debtor(s) was to amend B, C and D to provide for 1996 Ford Explorer.
(X) Debtor(s) was to amend Schedule I to reflect her new employment with Montgomery County Schools. She testified she was earning more than her previous job.

WHEREFORE, the above premises considered, Trustee objects to confirmation and requests that confirmation be denied or the case be continued until such time as the requested issues have been resolved.

Respectfully submitted this Friday, September 4, 2015.

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com

Curtis C. Reding
Chapter 13 Trustee

By:/s/ *Tina J. Hayes*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  Friday, 4 September, 2015.

Copy to: DEBTOR(S)
        JOSHUA C MILAM

/s/ *Tina J. Hayes*

Tina J. Hayes